

MEMORANDUM
TO THE HONORABLE CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE

PACTS 49855

RE: GROCHOWSKI, Zbigniew
Docket No. 06-CR-351-03
<u>REQUEST FOR INTERNATIONAL TRAVEL</u>

On May 3, 2007, Your Honor sentenced Grochowski to four years probation and a $100 special assessment fee. The following special conditions of supervision are imposed: (1) a $2,000 fine, (2) restitution of $3,359.83, (3) no firearm possession, (4) one month community confinement, (5) five months monitored home detention. This sentence followed Grochowski's guilty plea to Conspiracy to Traffic in Stolen Vehicles and Commit Wire and Mail Fraud, in violation of 18 U.S.C. § 371. Grochowski commenced his probation on May 3, 2007, in the District of New Jersey, and his probation is scheduled to terminate on May 2, 2011.

The purpose of this memorandum is in response to Grochowski's request for permission to travel to Poland. The purpose of this travel is to visit his elderly mother. Grochowski completed his community confinement, and has satisfied all of the Court-imposed financial obligations, as verified by the Clerk's Office, Eastern District of New York. He has also satisfied his electronic monitoring, without incident.

Grochowski's supervising probation officer in the District of New Jersey advises that Grochowski has remained fully compliant with all aspects of his supervision, and has no known criminal activity to date. The District of New Jersey offers no objection to this request, nor does the Eastern District of New York. We also request that Pretrial Services release Grochowski's passports if this travel request is granted.

The Probation Department awaits the Court's final decision in this matter and will advise all parties of the decision.

RESPECTFULLY SUBMITTED,

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

Prepared by: _Sharon D. Dial_
Sharon D. Dial, Researcher/Statistician

Approved by: _Elizabeth Daly_
Elizabeth Daly, Supervising U.S. Probation Officer

**April 4, 2008**

☑ **PERMISSION TO TRAVEL GRANTED; PRETRIAL SERVICES TO RELEASE PASSPORTS.**

☐ **PERMISSION TO TRAVEL DENIED.**

____s/ CBA____　　　　　　　　　　　　　　　4-4-08
**U.S. District Judge**　　　　　　　　　　　　　　Date